DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA DUROW,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D22-443

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE16-010199.

Sunni DeGracia of David Low & Associates, P.A., Fort Lauderdale, for appellant.

Carri S. Leininger and Maureen Martinez of Williams, Leininger & Crosby, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***